

| GEORGIA M. PESTANA<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | W. Simone Nicholson<br>*Special Assistant Corporation Counsel*<br>Office:  (212) 356-2394<br>Mobile:  (646) 391-6899 |
|---|---|---|

September 13, 2021

**VIA ECF**
Hon. Lorna G. Schofield
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *G.G. o/b/o M.G. v. Dep't of Educ.* 21-cv-4611 (LGS)

Dear Judge Schofield:

      I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, Georgia M. Pestana, attorney for Defendant in the above-referenced action, wherein Plaintiff seeks solely attorneys 'fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq*., as well as for this action.

      I write to request a 90-day stay of this case, including a stay of the deadline by which Defendant must file its answer.  Plaintiff consents to these requests, and has agreed to provide billing records for this matter by September 27, 2021. This is the second request for an extension of the time to answer and the first request for a stay. Defendant's previous request for an extension was made on June 14, 2021 and granted by Your Honor on June 15, 2021.

      The requested extension would provide Defendant with sufficient time to review the billing records (once provided) with the administrative record, and obtain settlement authority from the New York City Office of the Comptroller.  We are hopeful that the parties will settle this matter without the need for further burden on the Court's time.

---

Application GRANTED IN PART, DENIED IN PART.  Defendant's request for a stay of the case is denied.  The deadline for Defendant to answer or otherwise respond to the Complaint is extended from September 15, 2021, to **December 14, 2021**.  The parties shall file a status letter by **October 29, 2021**, providing an update on the status of their settlement discussions.

Dated: September 14, 2021
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Accordingly, Defendant respectfully requests that the action be stayed for 90 days.

Thank you for considering these requests.

                                                            Respectfully submitted,

                                                            Simone Nicholson
                                                            */s/*
                                                            Special Assistant Corporation Counsel

cc:     Irina Roller (via ECF)