UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
G.G. et al.,
                            Plaintiffs,

               -against-                      21 Civ. 4611 (LGS)

                                              <u>ORDER</u>

NEW YORK CITY DEPARTMENT OF
EDUCATION,
                            Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, Plaintiff filed a Complaint on May 22, 2021. Defendant filed its Answer on January 28, 2022. It is hereby

       **ORDERED** that by **February 7, 2022**, the parties shall return an executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form to the Clerk of Court,[1] if the parties agree to conduct all further proceedings before Judge Wang, in compliance with Rule 73.1 of the Local Civil Rules for the Southern and Eastern Districts of New York. It is further

       **ORDERED** that by **February 22, 2022**, Plaintiff shall file a motion for summary judgment, not to exceed 25 pages. By **March 15, 2022**, Defendant shall file the opposition and any cross-motion for summary judgment, not to exceed 30 pages. By **April 5, 2022**, Plaintiff shall file a reply and opposition to Defendant's cross-motion for summary judgment if any, not to exceed 15 pages. By **April 19, 2022**, Defendant shall file a reply in support of the cross-motion for summary judgment if any, not to exceed 10 pages. Notwithstanding these aforementioned page limits, each party has discretion over how to allocate its respective 40

---

[1] The form is available at
https://nysd.uscourts.gov/sites/default/files/practice_documents/kpfSDNYFormConsentingToProceedForAllPurposesBeforeAMagistrateJudge.pdf.

pages total of briefing across its two briefs, provided neither party exceeds the 40 pages of briefing total.  It is further

  **ORDERED** that the parties shall Bates-stamp the administrative record (the "Record") such that each page has a unique Bates number.  It is further

  **ORDERED** that, in lieu of separate Local Rule 56.1 statements, the parties shall file a <u>joint</u> statement of undisputed facts ("Joint Statement"), with citations to the Bates-stamped Record, **by the time that the first brief is due**.  The parties shall indicate any disputed facts clearly in the Joint Statement.  It is further

  **ORDERED** that, within two days of the cross-motions being fully briefed, the parties shall email to Chambers a text-searchable copy of the Bates-stamped Record and a Word version of the Joint Statement.  The parties shall follow the Individual Rules on motions and exhibits.

Dated: January 31, 2022
   New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**